# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr304 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| ADAM STALLMAN, | ) | |
| Defendant(s). | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Adam Stallman which was referred to the Magistrate Judge with the consent of the parties.

On June 13, 2020, the Government filed a one count Indictment, charging Defendant in one count, with Possession with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C). Defendant Stallman was arraigned on June 23, 2020, and entered a plea of not guilty to Count 1 of the Indictment before this Court. On July 22, 2021, Magistrate Judge Thomas M. Parker received Defendant Stallman's plea of guilty to Count(s) 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Adam Stallman is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Adam Stallman is adjudged guilty of Count(s) 1 of the Indictment, Possession with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report.  Sentencing will take place on November 30, 2021 at 12:30 p.m. via video conference.

IT IS SO ORDERED.

*s/Dan Aaron Polster     8/6/2021*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE